PENNSYLVANIA-READING SEASHORE LINES, PLAINTIFF-APPELLANT, v. BOARD OF PUBLIC UTILITY COMMISSIONERS, ET AL., DEFENDANTS-RESPONDENTS.

Argued October 15, 1951—Decided October 22, 1951.

*Mr. John Lloyd, Jr.*, argued the cause for the appellant (*Messrs. Lloyd & Horn*, attorneys).

*Mr. Frank A. Mathews, Jr.*, argued the cause for the respondents (*Mr. Theodore D. Parsons*, Attorney-General).

PER CURIAM. The judgment is affirmed for the reasons expressed in the opinion of Judge Eastwood in the Superior Court, Appellate Division.

*For affirmance*—Chief Justice VANDERBILT, and Justices CASE, WACHENFELD, BURLING and ACKERSON—5.

*For reversal*—None.